UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PETER R. MATHEWS,

    Plaintiff,

-vs-                                            Case No. 5:04-cv-412-Oc-10GRJ

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## **O R D E R**

The Magistrate Judge has issued a report (Doc. 4) recommending that the Plaintiff's pro se complaint be dismissed without prejudice for failure to respond to the Court's order to show cause (Doc. 3) and failure to file proof of service in accordance with Rule 4(i)(1). The Plaintiff has not objected to the Magistrate Judge's report and recommendation, and the time for doing so has elapsed.

Accordingly, upon an independent review of the file and upon due consideration, it is adjudged that:

(1) the Magistrate Judge's report and recommendation (Doc. 4) is adopted, confirmed, and made a part hereof;

(2) the Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice; and

(3) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of May, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones, United States Magistrate Judge
                Counsel of Record